UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DORISTEEN LESLIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C08-5252BHS<br><br>ORDER ACCEPTING AMICUS MEMORANDUM |

This matter comes before the Court on the Washington State Insurance Commissioner's motion for leave to file an amicus memorandum. Dkt. 55. The Insurance Commissioner moves the Court to submit an amicus memorandum regarding the Court's interpretation of provisions of the Insurance Code, RCW Title 48.

Defendant opposes the Insurance Commissioner's motion. Dkt. 62. Defendant contends that the Insurance Commissioner's filing of the amicus was untimely because the Insurance Commissioner did not file the amicus until after this Court requested additional briefing regarding its order dismissing Plaintiff's *per se* Consumer Protection Act claim and her common law claims.

The Court accepts the Insurance Commissioner's brief. The Court finds that the Defendant will not be prejudiced by the filing of this brief. This litigation is still in its early stages and Defendant has the opportunity to respond to the Insurance Commissioner's brief. *See* Dkt. 61.

ORDER

Dated this 20th day of January, 2009.

　　　　　　　　　　　　　　　　　　／s／ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER